UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEFFREY HAYDEN | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO.: 2:17-cv-209 |
| COMMISSIONER, INDIANA DEPARTMENT OF CORRECTIONS, and CORIZON HEALTH, INC. | ) |
| Defendants. | ) |

**COMPLAINT FOR DAMAGES**

NOW COMES the Plaintiff, JEFFREY HAYDEN by counsel, Coralette D. Waite, files his Complaint for Damages against the defendants, and states as follows:

**Preamble**

1. The Plaintiff, Jeffrey Hayden ("Hayden"), is an inmate at the Wabash Village Correctional Facility ("Wabash") under the Indiana Department of Corrections ("DOC"), Inmate #117434 and has been an inmate at Wabash from February 28, 2014 to present.

2. That Hayden is a citizen of the State of Indiana and a resident of the Southern District of Indiana.

3. The Defendant, Commissioner is the duly appointed head of the Indiana Department of Corrections, a state agency that receives federal financial funding and is a public entity under 42 U.S.C. 1213 § (1)(B).

1

4. The Defendant, Corizon Health, Inc. ("Corizon") is a Tennessee Corporation with its principal place of business in Brentwood Tennessee. Accordingly, Corizon is deemed a citizen of the State of Tennessee.

5. That Corizon is an active Tennessee Foreign for Profit Corporation. That according to information retrieved from the Indiana Secretary of State Website, the Members of Corizon are Karey Witty, J. Scott King, and Douglas Thompson, all of who are citizens of Tennessee.

6. That Corizon's Indiana registered agent is CT Corporation Systems, located at 150 West Market Street, Suite 800, Indianapolis, IN 46204.

7. That Corizon operates through contracts with the DOC throughout the State of Indiana to provide medical and healthcare services to inmates through the Department of Corrections, including the Wabash Correctional Facility, located in Carlisle Indiana, in the Southern District of Indiana.

8. That the Court has jurisdiction pursuant to 28 U.S.C. § 1331, and that the matter in controversy exceeds, exclusive of interests and costs, the sum specified by 28 U.S.C. § 1332.

9. That Mr. Hayden, while an inmate at the Wabash Valley Correctional Facility under the DOC, was a patient and was seen and/treated by Corizon from May 8, 2015 through Present and received medical care and/or treatment from the Defendants and under the Defendant's control.

10. That the medical care and/or treatment rendered by the Defendants was negligent and below the appropriate standard of care.

11. That on May 8, 2015 after a slip and fall incident at Wabash, the Plaintiff was taken by facility staff in wheelchair to the infirmary where he was examined by a nurse and given an ace bandage wrap. He was then referred to the facility doctor through Corizon.

12. On May 14, 2015, the Plaintiff presented to a physician provided by Corizon who examined his leg and ankle. At the time, the Plaintiff had complaints of severe pain, stating that his foot was extremely swollen, tingling, and that it was "hot" and "felt dead." The Corizon physician gave the Plaintiff crutches and told him that his Achilles was still intact, that he pulled his gastrocnemius that it will heal itself and that he should go back to his cell.

13. On May 19, 2015, after continued and severe pain, the Plaintiff submitted a medial slip explaining that he was in excruciating pain, that he was still experiencing significant swelling in his leg, and that he had tingling. He informed the facility that he needed additional medical attention.

14. On May 21, 2015, the Plaintiff was brought to see the physician through Corizon, who said that he would order an x-ray and prescribed Ibuprofen for the Plaintiff.

15. On May 22, 2015, the Plaintiff presented for an x-ray in which it was finally determined that his leg was broken in several places, specifically his right fibula. He was immediately rushed to the Regional Hospital in Terre Haute, Indiana, where he was informed that his Wabash Correctional Facility medical provider and staff waited too long to provide Plaintiff the proper and adequate treatment, and that he would have to have his legs wrapped and he would be scheduled to see an orthopedic doctor within five (5) to seven (7) days.

16. Plaintiff subsequently presented at the Regional Hospital in Terre Haute and after receiving several tests, it was confirmed that he suffered a broken fibula, and had also suffered fracturing in his bone.

17. While the Plaintiff has been healing, he continues to suffer excruciating pain when attempting to use his leg. In fact, on March 8, 2016, the Plaintiff presented to the Corizon doctor and was prescribed medication to aide in easing his pain. To date, he continues to experience tingling, numbness, burning and pain in his right leg and back.

18. That as a direct and proximate result of the negligence and indifference in treatment of the Defendants, the Plaintiff has incurred additional treatment, related expenses, and emotional and intangible damages of a nature as to require compensation.

19. That but for the negligence in the standard of care provided to the Plaintiff when he initially presented for medical care, the Plaintiff would not have continued to suffer in manner in which he has.

20. That as a direct and proximate cause of the Defendants negligence, Mr. Hayden has been damaged.

WHEREFORE, the Plaintiff, JEFFREY HAYDEN, by counsels, prays for an award in an amount that will fairly and fully compensate the Plaintiff for all losses, injuries, and damages, for the cost of this action, for trial by jury, and for all other relief just and proper.

Respectfully submitted,

//s//Coralette D. Waite
Coralette D. Waite (#29098-41)
CDWaiteLaw, LLC
1512 N. Delaware St.

Indianapolis, IN 46202
Email: coralettewaite@cdwaitelaw.com
Phone: (317) 207-6132
Fax: (317) 203-1097
Counsel for Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff, Jeffrey Hayden, hereby demands trial by jury of all issues so triable.

Respectfully submitted,

//s//Coralette D. Waite_____
Coralette D. Waite (#29098-41)
CDWaiteLaw, LLC
1512 N. Delaware St.
Indianapolis, IN 46202
Email: coralettewaite@cdwaitelaw.com
Phone: (317) 207-6132
Fax: (317) 203-1097
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that this day of 8th day of May 2017, a true and correct copy of the foregoing document was served upon the following by United States mail, first class postage prepaid, and by electronic mail addressed to:

**Distribution:**

Robert E. Carter, Jr., Commissioner
Indiana Department of Corrections
302 W. Washington Street
Indianapolis, IN 46204

Corizon Health, Inc.
C/O CT Corporation Systems, Registered Agent
150 West Market Street, Suite 800
Indianapolis, IN 46204

                                    //s//Coralette D. Waite
                                    Coralette D. Waite (#29098-41)
                                    CDWaiteLaw, LLC
                                    1512 N. Delaware St.
                                    Indianapolis, IN 46202
                                    Email: Coraldwaite@gmail.com
                                    Phone: (317) 207-6132
                                    Fax: (317) 203-1097
                                    Counsel for Plaintiff